## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX CICCOTELLI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:21-cv-02842-KSM ) |
| W.R. GRACE & CO., ROBERT F. CUMMINGS, JR., DIANE H. GULYAS, JULIE FASONE HOLDER, HUDSON LA FORCE, HENRY R. SLACK, CHRISTOPHER J. STEFFEN, MARK TOMKINS, and SHLOMO YANAI, | ) ) ) ) ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 17, 2021

**GRABAR LAW OFFICE**

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*